OPINION — AG — ** PUBLIC WELFARE — WORK INCENTIVE PROGRAMS — MATCHING FUNDS ** THE OKLAHOMA DEPARTMENT OF PUBLIC WELFARE HAS 'NO' AUTHORITY TO PARTICIPATE IN THE WORK INCENTIVE PROGRAM CREATED BY PUBLIC LAW 90-248, SOCIAL SECURITY AMENDMENTS OF 1967, EFFECTIVE JULY 1, 1968 (FEDERAL FUNDS, WELFARE, EFFECTIVE DATE, FEDERAL CONTRIBUTIONS, FEDERAL ASSISTANCE) CITE: (BRIAN H. UPP) *** OVERRULED BY: OPINION NO. 68-295 (1968)